■ In the Matter of ANDREWS BRUCE CAMPBELL, a Suspended Attorney.—Motions for an extension of time in which to hold a disciplinary hearing pursuant to Judiciary Law § 90

(4) (h) granted insofar as to direct the Departmental Disciplinary Committee for the First Judicial Department to commence a disciplinary hearing within 30 days of respondent's release from Federal incarceration. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.